

## CAUSE NO. 12-15-00287-CV

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| HEALTH CARE SERVICE CORPORATION, AN UN-INCORPORATED DIVISION OF WHICH IS BLUE CROSS AND BLUE SHIELD OF TEXAS, APPELLANT | } | APPEALED FROM 241ST |
| V. | } | DISTRICT COURT IN AND FOR |
| EAST TEXAS MEDICAL CENTER, APPELLEE | } | SMITH COUNTY, TEXAS |

### ORDER

Health Care Service Corporation, an unincorporated division of which is Blue Cross and Blue Shield of Texas (BCBS), has filed this accelerated appeal from the trial court's November 10, 2015 order granting a temporary injunction requested by East Texas Medical Center (ETMC).

On December 1, 2015, BCBS filed a motion requesting this Court to stay the temporary injunction, *see* TEX. R. APP. P. 29.3, or alternatively, to permit BCBS to supersede the temporary injunction, *see id.* 29.2, during the pendency of the appeal. ETMC argued in its response that BCBS is not entitled to the requested relief and asked that the motion be denied. On December 15, 2015, the Court heard oral argument on the motion.

Based upon the arguments presented by BCBS and ETMC, both in the motion and response and at oral argument; the state of the record, including the evidence presented to the trial court; and the weighing of the equities,

FILE COPY

IT IS HEREBY ORDERED that BCBS's motion for a stay or supersedeas be, and hereby is, **DENIED**.

IT IS FURTHER ORDERED that, because this is an accelerated appeal and BCBS and ETMC have waived any extensions of time for filing their respective briefs, the following deadlines will apply.

The Appellant's brief is due on or before December 29, 2015.

The Appellee's brief is due on or before January 19, 2016.

The Appellant's reply brief is due on or before February 1, 2016. *See* Tex. R. App. P. 38.6(d).

Oral argument will be held on February 9, 2016, at 2:00 p.m.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 17th day of December 2015, A.D.



PAM ESTES, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk